UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROWE PLASTIC SURGERY OF NEW
JERSEY, L.L.C., et al.,

                              Plaintiffs,

              -against-

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

                              Defendant.

Case No. 1:23-cv-08504 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 27, 2023, the Court ordered the parties to appear for an Initial Pretrial

Conference on December 21, 2023.  ECF No. 17.  Because, by separate Order, the Court is

referring this case to Magistrate Judge Wang for general pretrial supervision, that conference is

ADJOURNED without date.

Dated:  September 29, 2023
        New York, New York

                                     SO ORDERED.

                                     _____
                                     JENNIFER L. ROCHON
                                     United States District Judge