**Robinson+Cole**

ADAM J. PETITT

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
apetitt@rc.com
Direct (212) 451-2968

October 10, 2023

*Via ECF*

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> The request for an extension of time to file a motion to dismiss the Amended Complaint is GRANTED. The deadline to file the motion to dismiss is now **October 20, 2023**.
>
> Date:  October 10, 2023
>        New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: *Rowe Plastic Surgery of New Jersey, L.L.C., et al. v. Aetna Life Insurance Company*, No. 1:23-cv-08504-JLR

Dear Judge Rochon:

This firm represents Defendant, Aetna Life Insurance Company ("Aetna"), in the above-referenced matter. On September 27, 2023, this matter was transferred to this Court from the Eastern District of New York. Prior to the transfer, on September 8, Aetna filed a letter motion for a pre-motion conference to address Aetna's proposed motion to dismiss the Amended Complaint as required by the individual rules of the then-assigned District Judge. (ECF No. 13). Pursuant to Section 3.A. of Your Honor's Individual Rules of Practice, pre-motion conferences for substantive motions are not required. Accordingly, Aetna respectfully submits that request for a pre-motion conference is moot and requests that its time to file its motion to dismiss the Amended Complaint be extended through October 20, 2023.

Respectfully Submitted,

*/s/ Adam J. Petitt*
Adam J. Petitt, Esq.

cc: All Counsel of Record (*via ECF*)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP