UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROWE PLASTIC SURGERY OF NEW JERSEY L.L.C., and NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C., : : : Plaintiffs, : : -against- : : AETNA LIFE INSURANCE COMPANY, : : Defendant. : | Case No. 1:23-cv-08504-JLR **DECLARATION OF ADAM J. PETITT, ESQ.** Filed Electronically |

---

I, Adam J. Petitt, Esquire, hereby declare as follows:

1. I am a partner for the law firm of Robinson & Cole LLP, counsel for Defendant Aetna Life Insurance Company ("Aetna"). The facts set forth herein are based on my personal knowledge.

2. On December 14, 2020, a telephone call was made to Aetna regarding patient D.V. by an alleged representative of Plaintiffs. *See* Declaration of Elizabeth C. Petrozelli, filed contemporaneously with Aetna's motion to dismiss, at ¶ 3.

3. Ms. Petrozelli provided a true and correct copy of the recorded phone call to me.

4. I thereafter requested that court reporting agency Veritext prepare a transcription of the recording of the December 14, 2020, phone call. A true and correct copy of the transcript of the December 14, 2020, call recording from Veritext is attached hereto as Exhibit A.

5. On October 20, 2023, I provided counsel to Plaintiffs with copies of the December 14, 2020, call recording and the transcript attached hereto.

6. Attached hereto as Exhibit B is a true and correct copy of the complaint in *Park Avenue Podiatric Care, P.L.L.C. v. Cigna Health and Life Insurance Company*, No. 1:22-cv-10312 (AKH), at ECF No. 1-1, which was initially filed in the Supreme Court of New York,

Bronx County, No. 816396/2022E, and removed to this Court on December 6, 2022. (ECF No. 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2023.

_____
Adam J. Petitt