UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                  1:23-cv-08504-JLR-OTW

ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C. & NORMAN MAURICE ROWE, M.D.,
M.H.A., L.L.C..                                NOTICE OF MOTION
       Plaintiffs,

  - Against -

 AETNA LIFE INSURANCE COMPANY,
          ,
       Defendants.

COUNSELORS

PLEASE TAKE NOTICE that upon the attached Declaration of Brendan J. Kearns, dated 04/17/2025, and upon the exhibits attached thereto, Plaintiff will move this court before the Honorable Ona Wang, Magistrate Judge U. S. District Court for the Southern District of New York, 500 Pearl St. New York, NY 10007-1312 at a time to be fixed by the Court, for an order

1.   for an order striking Defendant's Memorandum of Law In Support it its motion to dismiss for violating the Court's Word Limits.

Dated: Westbury, New York
April 17, 2025

              Respectfully Submitted,

              _____
              LEWIN & BAGLIO, LLP
              By: Brendan J. Kearns
              Attorneys for the Plaintiff
              1100 Shames Drive
              Suite 100
              Westbury, New York 11590
              Tel: (516) 307-1777
              Fax: (516) 307-1770
              L&B File No.: 2238.COM.23

TO:

Adam J. Pettit
Attorneys for Defendant AETNA LIFE INSURANCE COMPANY
New York, NY 10017
(212) 451-2900

Attorneys for Defendant