**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C. & NORMAN MAURICE ROWE, M.D.,
M.H.A., L.L.C.,

                       Plaintiffs,

      -against-                                      23 **CIVIL** 8504 (JLR)

## JUDGMENT

  AETNA LIFE INSURANCE COMPANY,

                      Defendant

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 6, 2025, the Court GRANTS Plaintiffs' motion to dismiss and DENIES Aetna's request for sanctions. Plaintiffs' Amended Complaint is hereby DISMISSED with prejudice for failure to state a claim. Accordingly, the case is closed.

**Dated:**  New York, New York

      June 9, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                       **BY:**

                                                        **Deputy Clerk**